## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVEL INSURED INTERNATIONAL, INC., | : | CIVIL ACTION NO. 3:05CV1305 (MRK) |
| Plaintiff, | : | |
| VS. | : | |
| ITRAVELINSURED, INC., A SUBSIDIARY OF INTERNATIONAL MEDICAL GROUP, INC., | : | March 17, 2006 |
| Defendant. | : | |

### **STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above parties stipulate to the following dismissals in the above action.

Plaintiff Travel Insured International, Inc., hereby dismisses the First through Fourth Counts of this action as to defendant iTravelInsured, Inc with prejudice and without costs or attorneys' fees to either party. Plaintiff Travel Insured International, Inc., hereby dismisses the Fifth Count of this action as to defendant iTravelInsured, Inc without prejudice and without costs or attorneys' fees to either party.

Defendant iTravelInsured, Inc. hereby dismisses all of its counterclaims in this action without prejudice and without costs or attorneys' fees to either party.

| PLAINTIFF, TRAVEL INSURED INTERNATIONAL | DEFENDANT, ITRAVELINSURED |
|---|---|
| By   /s/ Elizabeth A. Alquist<br>Elizabeth A. Alquist (ct15634)<br>eaalquist@dbh.com<br>James Mahanna (ct24681)<br>jmahanna@dbh.com<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, Connecticut 06103-3499<br>Telephone:  (860) 275-0100<br>Telecopier:  (860) 275-0343<br>Plaintiff's Attorneys | By   /s/ Mary Jane Frisby<br>Paul B. Hunt<br>paul.hunt@BTLaw.com<br>Mary Jane Frisby<br>maryjane.frisby@BTLaw.com<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Telephone:  317-236-1313<br>Telecopier:  317-231-7433<br>Defendant's Attorneys |

## **CERTIFICATION**

      I hereby certify that on March 22, 2006, a copy of the foregoing Stipulated Dismissals was filed electronically and served by mail on anyone unable to accept electronic filing, Notice of this filing system will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated by the Notice of Electronic. Parties may access this filing through the Court's CM/ECF System.

      /s/ James Mahanna
      James Mahanna